THE STATE OF OHIO, APPELLANT, *v*. WILSON, APPELLEE.

[Cite as *State v. Wilson*, 127 Ohio St.3d 406, 2010-Ohio-6285.]

*Discretionary appeal accepted and judgment of the court of appeals reversed on the authority of State v. Saxon.*

(No. 2010-1257 — Submitted October 12, 2010 — Decided December 28, 2010.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 93427, 2010-Ohio-2466.

_____

{¶ 1}  The discretionary appeal is accepted.

{¶ 2}  The judgment of the court of appeals is reversed on the authority of *State v. Saxon*, 109 Ohio St.3d 176, 2006-Ohio-1245, 846 N.E.2d 824.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Katherine Mullin, Assistant Prosecuting Attorney, for appellant.

_____